EMILY M. GOODRICH, *Respondent,* *v.* GEORGE W. GOODRICH and others, *Appellants.* — Order affirmed, with costs. Opinion *Per Curiam.*

WILSON L. GORDON, *Respondent, v.* JACOB SKILLMAN, *Appellant.* — Order affirmed, with ten dollars costs and disbursements. Opinion by DWIGHT, J.

DWIGHT B. DEWEY and others, *Respondent, v.* J. BARTON FINN and another, *Appellants.* — Order reversed, with ten dollars costs and disbursements. Opinion by HARDIN, J.

HILAND A. WEED, *as Administrator, Appellant, v.* ALONZO HORNBY and another, *Respondents.* — Judgment reversed and new trial ordered before another referee, with costs to abide event. Opinion by DWIGHT, J.

JULIA A. GRISWOLD and another, *as Administrators, etc., Respondents, v.* WESLEY MISPAW, *Appellant.* — Judgment reversed and a new trial ordered before another referee, with costs to abide event. Opinion by HARDIN, J., BARKER, J., not voting.

JOHN W. STEBBINS, *as Assignee, etc., Appellant, v.* THE HOWE MACHINE COMPANY, *Respondent.* — Judgment affirmed on the opinion of the late Judge GARDNER as referee. DWIGHT, J., not sitting.

GEORGE W. NICHOLS and another, *Respondent, v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, *Appellant.* — Judgment affirmed. Opinion by BARKER, J.; DWIGHT, J., not sitting.

ABRAHAM STERN and others, *Appellants, v.* THE FLORENCE SEWING MACHINE COMPANY, *Respondent.* — Motion for leave to appeal to the Court of Appeals denied.

IN THE MATTER OF THE APPLICATION OF THE NEW YORK, LACKA-WANNA AND WESTERN RAILWAY COMPANY, TO ACQUIRE THE LANDS OF SOLOMON SCHEU AND OTHERS. — Reargument ordered.

JAMES GIBBS ROSS, *Respondent, v.* RINALDO H. STILLWELL, *Appellant.* — Order affirmed, with ten dollars costs and disbursements.

WILLIAM L. BEARDSLEY, *Appellant, v.* ALEXANDER R. CHISOLM, *Respondent.* — Order affirmed, with ten dollars costs and disbursements.